COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
ACTION NO.17CV01866

| |
|---|
| John Doe1 and Jane Doe1 on behalf of their minor child B.G., and John Doe2 and Jane Doe2, on behalf of their minor child A.R. |
| **Plaintiffs,** |
| V. |
| City of Boston, Boston Public Schools, Tommy Chang as Superintendent of Boston Public Schools, Martin J. Walsh as Mayor of Boston, and Ayla Gavins |
| **Defendants.** |

## ACCEPTANCE OF SERVICE

I, Nicole M. O'Connor, counsel for all Defendants, hereby accepts service of the Complaint in this action and have been authorized to do so by Defendants.

Dated: August 31, 2017

[signature on following page]

Respectfully submitted:
DEFENDANTS,

BOSTON PUBLIC SCHOOLS, CITY OF BOSTON, TOMMY CHANG, Ed.D., AS SUPERINTENDENT OF BOSTON PUBLIC SCHOOLS, MARTIN WALSH, AS MAYOR OF BOSTON, AND AYLA GAVINS

By their attorney:

Eugene L. O'Flaherty
Corporation Counsel

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov