UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE1 and JANE DOE1, *on behalf of their minor child* B.G., and JOHN DOE2 and JANE DOE2, *on behalf of their minor child* A.R., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON PUBLIC SCHOOLS, CITY OF BOSTON, TOMMY CHANG, MARTIN J. WALSH, and AYLA GAVINS, <br><br> Defendants. | * * * * * * * * * * * | Civil Action No. 17-cv-11653-ADB |

## **SCHEDULING ORDER**

BURROUGHS, D.J.

This Scheduling Order is intended to provide a reasonable timetable for discovery in order to help ensure a fair and just resolution of this matter without undue expense or delay. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED as follows.

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served by June 20, 2019.

2. All motions to join parties or amend pleadings shall be served by July 14, 2019.

3. All fact discovery, including non-expert depositions, shall be completed by December 29, 2019.

4. The parties shall appear for a status conference before the Court on January 7, 2020 at 10:15 am in Courtroom 17. At that time, the Court will set deadlines for the filing of Rule 56 motions and expert discovery, if needed, and will set a date for trial.

**SO ORDERED.**

May 22, 2019 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE