UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


John Doe 1 et al
                    Plaintiff

v.                                                     Civil Action No.17-11653-ADB

Boston Public Schools et al
                    Defendant


SETTLEMENT ORDER OF DISMISSAL


BURROUGHS, D.J.

        The Court having been advised by the ADR Report that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice

to the right of any party upon good cause shown within sixty (60) days to reopen the action

if settlement is not consummated.


                                            By the Court,

                                            /S/ Karen P. Folan
                                            _____
  7/13/2021
   Date                                     Karen P. Folan
                                            Deputy Clerk