UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:17-CV-11653-ADB

| | |
|---|---|
| JOHN DOE1 and JANE DOE1, on behalf of their minor child B.G., JOHN DOE2 AND JANE DOE2, on behalf of their minor minor child, A.R., JOHN DOE3 and JANE DOE3, on behalf of their minor children S.M. and W.M. , JOHN DOE4 and JANE DOE4, on behalf of their minor child, J.K., JOHN DOE5 and JANE DOE5, on behalf of their minor child J.M.,<br><br><br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, BOSTON PUBLIC SCHOOLS,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *ASSENTED-TO* MOTION FOR COURT APPROVAL OF SETTLEMENT FOR MINOR PLAINTIFFS

Now come the plaintiffs, with the assent of the defendants, in the above-entitle action and request that this Court approve the settlement agreement reached by the parties in accordance with M.G.L. Ch. 231, § 140C ½, Attached as Exhibit A are the settlement summaries for each of these plaintiffs.  In support of this motion, the Parties assert that:

1.      The Plaintiffs' claims arise from the alleged sexual and physical assaults, threats and harassment perpetrated by a minor student on his peers at the Mission Hill K-8 School ("Mission Hill") over a span of September 2014 through November 2016.

2.      The parties successfully mediated the dispute with Chief Magistrate Judge

Kelley for a total amount of six hundred fifty thousand dollars ($650,000).  The parties agreed to

have Chief Magistrate Judge Kelley allocate the total settlement among the plaintiffs. The

interested parties agree that the proposed settlement is a fair and reasonable resolution of this

disputed liability and injury claim and settlement of this matter is in the plaintiffs' best interest.

THEREFORE, the plaintiffs, with the assent of the defendants, request that this Court

approve the settlement which is in the best interest of the incapacitated Plaintiffs.

Respectfully submitted,

Plaintiffs,

*Assented to:*

Defendants,

CITY OF BOSTON & BOSTON PUBLIC
SCHOOLS

JOHN DOE1, JANE DOE1, B.G., JOHN DOE2,
JANE DOE2, A.R, JOHN DOE3, JANE DOE3,
S.M., and W.M., JOHN DOE4, JANE DOE4, J.K.,
JOHN DOE5, JANE DOE5 AND J.M

By their attorneys,

By its attorney,

/s/ *Daniel T.S. Heffernan*
Daniel T.S. Heffernan, BBO# 550794
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
p: (617) 227-7031
f: (617) 367-2988
dheffernan@kcslegal.com

/s/ *Erika P. Reis*
Erika P. Reis, BBO# 669930
City of Boston Law Department, Room 615
One City Hall Plaza
Boston, MA 02201
p: 617-635-4031
erika.reis@boston.gov

Dated:  August 20, 2021

2

## EXHIBIT A

## SETTLEMENT SUMMARIES FOR INDIVIDUAL PLAINTIFFS

## B.G.

One hundred and thirty-five thousand dollars ($135,000.00), with attorney's fees in the amount of forty-five thousand dollars ($45,000),  litigation expenses of one thousand, four hundred seventy-two dollars and thirty-three cents ($1,472.33) with a net amount recovered on behalf of B.G. in the sum of eighty-eight thousand, five hundred twenty-seven dollars and sixty-seven cents ($88,527.67).

**A.R.**

One hundred and thirty-five thousand dollars ($135,000.00), with attorney's fees in the amount

of forty-five thousand dollars ($45,000), litigation expenses of one thousand, four hundred

seventy-two dollars and thirty-three cents ($1,472.33) with a net amount recovered on behalf of

A.R.. in the sum of eighty-eight thousand, five hundred twenty-seven dollars and sixty-seven

cents ($88,527.67).

## S.M.

Seventy-five thousand dollars ($75,000), with attorney's fees in the amount of twenty-five

thousand dollars ($25,000), litigation expenses of eight hundred seventeen dollars and ninety-six

cents ($817.96) with a net amount recovered on behalf of S.M. of the sum of forty-nine

thousand, one hundred eighty-two dollars and four cents ($49,182.04).

## W.M.

Eighty-five thousand dollars ($85,000), with attorney's fees in the amount of twenty-eight

thousand, three hundred thirty-three thousand dollars and thirty-three cents ($28,333.33),

litigation expenses of nine hundred twenty-seven dollars and two cents ($927.02) with a net

amount recovered on behalf of W.M. of the sum of fifty-five thousand, seven hundred thirty-nine

dollars and sixty-five cents ($55,739.65).

### **J.K.**

One hundred twenty thousand dollars ($120,000), with attorney's fees in the amount of forty

thousand dollars ($40,000), litigation expenses of one thousand, three hundred eight dollars and

seventy-three cents ($1,308.73), with a net amount recovered on behalf of J.K. of the sum of

seventy-eight thousand, six hundred ninety-one dollars and twenty-seven cents ($78,691.27).

## **J.M.**

One hundred thousand dollars, with attorney's fees in the amount of thirty-three thousand, three hundred thirty-three dollars and thirty-three cents ($33,333.33), litigation expenses of one thousand, ninety dollars and sixty-one cents ($1,090.61), with a net amount recovered on behalf of J.M. of the sum of sixty-five thousand, five hundred seventy-six dollars and five cents ($65,576.05).